IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MELVIN BRADLEY and KEVIN A. CALMA, <br><br> Plaintiffs, <br><br> v. <br><br> FRANKLIN COLLECTION SERVICE, INC., <br><br> Defendant. | CIVIL ACTION NO.: <br> 5:10-CV-1537-AKK |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the plaintiff, Estate of Melvin Bradley, and defendant, Franklin Collection Service, Inc., and hereby stipulate to the dismissal of all claims in this matter with prejudice. In connection with this Joint Stipulation, court costs are to be taxed as paid.

Dated this 19th day of December, 2014.

_____
A. David Fawal (ASB-4593-W82A)

Attorney for Plaintiff
Estate of Melvin Bradley

OF COUNSEL:
Butler Snow LLP
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 297-2200
Facsimile: (205) 297-2201

22370238 v1

/s/ *signature*
Rik S. Tozzi (ASB-7144-Z48R)
Stephen J. Bumgarner (ASB-2089-M66S)

Attorneys for Defendant
Franklin Collection Service, Inc.

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Telephone:  (205) 251-3000
Facsimile:  (205) 458-5100