# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELVIN BRADLEY, et al.,** | ) |
| **Plaintiffs,** | ) |
| **vs.** | ) Civil Action Number |
| | ) **5:10-cv-1537-AKK** |
| **FRANKLIN COLLECTION SERVICE, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the parties' joint stipulation of dismissal, this case is **DISMISSED** with prejudice. Court costs are taxed as paid.

**DONE** the 22nd day of December, 2014.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE